≈AO 451 (Rev.12/93) Certification of Judgment

04MBD 10345

# UNITED STATES DISTRICT COURT

DISTRICT OF   MARYLAND

TRUSTEES OF THE NATIONAL AUTOMATIC
SPRINKLER INDUSTRY WELFARE FUND, et al.

V.

COASTLINE FIRE PROTECTION CO., INC., et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:   PJM-03-1444

I, _____Felicia C. Cannon_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___Dec. 22, 2003___, as it appears in the records of this court, and that

\*  No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

___Feb. 9, 2004___
Date

Felicia C. Cannon
Clerk

K. Sharon Miller
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Trustees of the National Automatic Sprinkler Industry Welfare )
Fund, Trustees of the National Automatic Sprinkler Local 669 )
UA Education Fund, Trustees of the National Automatic Sprinkler )
Industry Pension Fund and Trustees of the Sprinkler Industry )
Supplemental Defined Contribution Pension Fund )
)
)
Plaintiffs. )
)
v. ) C.A. NO.: PJM-03-1444
)
Coastline Fire Protection Co., Inc. and John W. Drysdale, Sr. )
)
Defendants. )

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on __11/17/03__ as to Defendant Coastline Fire Protection Co., Inc. for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on July 9, 2003; and

It appearing from the records in the above entitled action that an entry of default for want of answer or other defense was made on __11/17/03__ as to Defendant John W. Drysdale, Sr. for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on July 9, 2003;

Therefore, it is this __19__ day of __Dec__, 2003 by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED that Judgment by Default be and the same is entered in favor of Plaintiffs Trustees of the National Automatic Sprinkler Industry Pension Fund, et al. against Defendants Coastline Fire Protection Co., Inc. and John W. Drysdale, Sr., jointly and severally, for the sum of $186,096.02, plus costs of $290.00, interest in the amount of $3,549.37 assessed at the rate of 12% per annum through November 3, 2003 and continuing to accrue at the rate of 12% per annum through the date of payment, and attorneys' fees in the amount of $505.00.

Peter J. Messitte
United States District Court Judge

cc: Charles W. Gilligan
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Ave., NW

Coastline Fire Protection Co.
Attn: John W. Drysdale
74-7 Camelot Drive

I hereby attest and certify on Feb. 9, 2004 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By K. Shapiro Miller, Deputy