## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the National Automatic Sprinkler Industry Welfare Fund, Trustees of the National Automatic Sprinkler Local 669 UA Education Fund, Trustees of the National Automatic Sprinkler Industry Pension Fund and Trustees of the Sprinkler Industry Supplemental Defined Contribution Pension Fund<br><br>        Plaintiffs<br>vs.<br><br><br>Coastline Fire Protection Co., Inc. and John W. Drysdale, Sr.<br><br>        Defendants<br><br>and<br><br>South Coastal Bank<br><br>        Trustee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MBD No. 04-10345-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL AS TO TRUSTEE SOUTH COASTAL BANK

  In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the claims which have been made against Trustee South Coastal Bank in this matter are hereby dismissed with prejudice and that Trustee South Coastal Bank is dismissed as a party to this action with prejudice and without costs.

| | |
|---|---|
| Plaintiffs<br>Trustees of the NASI Welfare Fund, et al<br><br>*/s/Randall E. Nash*_____<br>Randall E. Nash<br>BBO# 546963<br>11 Beacon Street, Suite 500<br>Boston, MA  02108 | Defendants<br>Coastline Fire Protection Co., Inc., et al<br><br>*/s/Jason A. Pithie*_____<br>Jason A. Pithie<br>BBO# 644941<br>158 Pleasant Street<br>South Weymouth, MA  02190 |

(617)742-5511  
nash875@verizon.net

(781) 682-9010  
jason_law@comcast.net

Date:  August 16, 2007_____

Date:  August 16, 2007_____

Trustee  
South Coastal Bank

*/s/Jonathan Braverman*_____  
Jonathan Braverman  
BBO#054740  
50 Braintree Hill Park, Suite 108  
Braintree, MA  02184  
(781) 848-9610  
jonathanb@bbbs-law.com

Date:  August 16, 2007_____